UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING TANG LO and LESLIE KUAN, | NO. CV 08-1980-DDP (MAN) |
| Plaintiffs, | ORDER ACCEPTING AND ADOPTING |
| v. | FINDINGS, CONCLUSIONS, AND |
| UNITED STATES CUSTOMS SERVICE, et al., | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has passed, and no objections have been filed. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that: (1) the First Amended Complaint is dismissed, with leave to amend as to plaintiff Leslie Kuan ("Kuan"), and without leave to amend as to plaintiff Ching Tang Lo ("Lo"); (2) Lo is dismissed from this action, and such dismissal is with prejudice as to defendant United States Customs Service and without prejudice as to the remaining

1  defendants; and (3) Kuan shall file her Second Amended Complaint within
2  twenty (20) days of this Order.

4      **IT IS FURTHER ORDERED** that the Clerk shall serve copies of this
5  Order on plaintiffs Lo and Kuan.

7  DATED: April 16, 2009.

                                            DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE