**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE KUAN, | ) NO. CV 08-1980-DDP (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| UNITED STATES CUSTOMS SERVICE, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the motion to dismiss filed by defendant County of Los Angeles is granted; (2) the Second Amended Complaint is

1 dismissed without leave to amend; and (3) Judgment shall be entered
2 dismissing this action with prejudice.
3
4      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
5 the Judgment herein on all parties of record.
6
7      LET JUDGMENT BE ENTERED ACCORDINGLY.
8
9 DATED:  April 8, 2010.
10
11                                   _____
12                                        DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE