1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   LESLIE KUAN,                    ) NO. CV 08-1980-DDP (MAN)
                                      )
12                  Plaintiff,        )
                                      )
13        v.                          ) JUDGMENT
                                      )
14   UNITED STATES CUSTOMS            )
     SERVICE, et al.,                 )
15                                    )
                    Defendants.       )
16   _____)

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions, and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS ADJUDGED that the above-captioned action is dismissed with

22   prejudice.

23

24   DATED:  April 8, 2010.

25

26                                    _____
                                             DEAN D. PREGERSON
27                                     UNITED STATES DISTRICT JUDGE

28